IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VINCENT J. DOYLE,<br><br>  Defendant and Judgment Debtor.<br><br>AMERICAN FUNDS SERVICE COMPANY,<br><br>  Garnishee. | Case No.: 1:16-MC-00005-KJM<br><br>[Proposed] **FINAL ORDER OF GARNISHMENT (SECURITIES)**<br><br>CRIMINAL CASE NO: 2:12-CR-00443-KJM |

Pending before the Court is the United States' application for a final order of garnishment (the Garnishment Application) against defendant Vincent J. Doyle's securities at garnishee, American Funds Service Company (AFSC). As set forth in the Garnishment Application, the United States sought and obtained the writ to collect the $2,791,830.15 Defendant owes for the unpaid balance of his criminal judgment and a statutorily authorized litigation surcharge. The Clerk issued the writ, which the United States served upon AFSC and the Defendant.

AFSC served and filed its acknowledgment of service and answer of garnishee (the Answer) to the writ, which identifies a SIMPLE IRA account in which the Defendant maintains an interest. The Defendant did not file a timely claim of exemption to the proposed garnishment of the AFSC Securities;

1

objected to the Answer; requested a hearing, or otherwise objected to the United States' garnishment action.

In accordance with 28 U.S.C. § 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

Accordingly, THE COURT HEREBY ORDERS that:

1. The United States' Garnishment Application is GRANTED.

2. Garnishee AFSC shall, within 20 days following service of this Order, LIQUIDATE, PAY and DELIVER to the Clerk of Court the funds from Defendant's SIMPLE IRA account plus any subsequent deposits/gains made to the account since January 15, 2016 (the Garnished Amount).

3. AFSC shall mail or deliver a cashier's check or money order made PAYABLE to the "Clerk of Court" for the Garnished Amount to the Clerk of Court, United States District Court for the Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA, 95814. AFSC shall state the criminal case number (Case No. 2:12-cr-443-KJM) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. If the value of the account to be garnished above has changed from the value stated in AFSC's Answer, AFSC shall file and serve an amended Answer reflecting the Garnished Amount concurrently with its payment.

5. This is a final order of garnishment; upon payment and processing of the Garnished Amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk shall close this file.

IT IS SO ORDERED.

DATED:   September 22, 2016.

_____
UNITED STATES DISTRICT JUDGE